```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
TYRONE HOUSTON, a/k/a TYRONE BLACK       :
                         Plaintiff,     :
                                        :        09 Civ. 801 (DLC)
           -v-                          :
                                        :              ORDER
MARTIN HORN, individually and as         :
commissioner of NYC Department of        :
Correction (NYC DOC) et al.,             :
                         Defendants.    :
----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/6/09

DENISE COTE, District Judge:

Plaintiff Tyrone Houston has submitted a letter requesting a new certified summons so that he may serve additional defendants who he has located. His letter also mentions an additional defendant, Gigante, who is not named in the complaint. It is hereby

ORDERED the Pro Se Office shall provide the plaintiff with a mailing package with amended summonses to be sent to the plaintiff for defendants Colon, Duncan, Padmore, Robinson, and Steward. The plaintiff will have 60 days from the date of this Order to serve these defendants with the complaint and the amended summonses. Should the parties require an extension of the October 16 fact discovery deadline as a result of the service of these defendants, they must submit a request for an extension in writing and state whether all parties have consented.

IT IS FURTHER ORDERED that the plaintiff must amend his complaint by August 28, 2009 if he wishes to add Gigante or any other defendant to this action.

IT IS FURTHER ORDERED that the parties will direct all future correspondence relating to this case to the Pro Se Clerk's Office at 500 Pearl Street, Room 230, New York, NY 10007.

IT IS FURTHER ORDERED that failure to comply with any of the terms of this Order may constitute grounds for the denial of requested relief, dismissal of the action, the entry of judgment by default, or such other action as may be just in the circumstances.

SO ORDERED:

Dated:   New York, New York
         August 5, 2009

*(signature)*
DENISE COTE
United States District Judge

COPIES SENT TO:

Tyrone Houston
1677 Prospect Place, #1
Brooklyn, NY 11233

Michael Suarez
Assistant Corporation Counsel
City of New York Law Department
100 Church Street
New York, NY 10007

Magistrate Judge Kevin N. Fox